# EX. 10

Confidential



**Instructions**
HR: Complete cover letter below and provide to employee along with the "Consent for Release of Medical Information" and "Physician Certification". Scan completed documents and email to *EmployeeServicesCenter@twcable.com*.
Employee: Provide "Cover Letter", "Consent for Release of Medical Information" and "Physician Certification" forms to physician.

## ADA - Cover Letter for Release of Medical Information

December 8, 2014

Dr. Steven B. Hart
15803 Windermere Drive
Pflugerville, TX 78660

Re:   Heather Trautman

Dear Dr. Steven B. Hart:

The above named person is an employee of Time Warner Cable Inc. and is being sent to you for an assessment of her ability to perform the essential functions of an Analyst, Operations for Time Warner Cable. I have enclosed the essential functions for your review.

I have enclosed a signed release, which permits you to review any enclosed medical records, to discuss your assessment with Time Warner Cable, and to release your records and opinions to me as Time Warner Cable's Human Resources representative. I have also enclosed a "Physician Certification" for you to complete.

Please forward the completed certification and all other pertinent information to my attention within one week of your assessment. You may forward the information to:
Attn: Amy Vitela
Fax Number – 704-973-6106.

Time Warner Cable greatly appreciates your cooperation in this matter. If you wish to discuss any of the information above, please contact me at 512-681-6677.

Sincerely,


Amy Vitela
HR Generalist

CC:

Enclosures:
Signed Consent for Release for Medical Information
Physician Certification Form


Revision:   May 2014

Confidential

| Instructions |
|---|
| Physician: Complete, sign and date certification form below. Return completed form to TWC Human Recourses as directed in cover letter.<br>HR: Scan competed documents and email to EmployeeServicesCenter@twcable.com. |



## ADA - Physician Certification

| PSID#: (HR Use Only) | 1177265 | EID#: | E180669 | Date: | 12/8/2014 |
|---|---|---|---|---|---|
| **Employee Name:** | Heather Trautman | **Supervisor:** | Adrienne Greth | | |
| **Line of Business:** | Commercial Services | | | | |

(Attach Job Description and Essential Functions)

| Patient: | Heather Trautman | Examination Date: | 12/12/14 |
|---|---|---|---|

I examined the above named patient, and certify that s/he has the following functional limitation(s) due to his or her condition:

| Status | Description of Functional Limitations |
|---|---|
| Permanent | Anxiety / panic attacks related to traffic / driving |
| Temporary | |

I certify that the above named patient is (please check one):

| | |
|---|---|
| ✓ | Permanently impaired and patient requires accommodations to function in his or her job |
| | Permanently impaired, but patient does not require accommodations to function in his/ her job |
| | Temporarily impaired and patient requires accommodations to function in his or her job |
| | Temporarily impaired, but patient does not require accommodations to function in his or her job |
| | There are no limitations at this time; the patient may return to regular duty without restrictions |
| | I am unable to render a determination without further examination |

**Next Exam Date:** 3 months    **Return to Work (Regular Duty):** 1/6/15

Revision: May 2014

Confidential

**Instructions**
Physician: Complete, sign and date certification form below. Return completed form to TWC Human Recourses as directed in cover letter.
HR: Scan competed documents and email to EmployeeServicesCenter@twcable.com.

Time Warner Cable®

## Major Life Activities

Please identify which major life activity (ies) is/are impaired by the medical condition

| Activity | | Activity | |
|---|---|---|---|
| Caring for oneself | | Lifting | |
| Performing manual tasks | | Bending | |
| Seeing | | Speaking | |
| Hearing | | Breathing | |
| Eating | | Learning | |
| Sleeping | | Reading | |
| Walking | | Concentrating | |
| Standing | | Thinking | |
| Sitting | | Communicating | |
| Reaching | | Interacting with others | |
| Other _Driving_ | | Working | |

Explanation of Other:

To what extent does the medical condition impair the major life activity(ies)?

_Inability to drive in heavy traffic_

## Permanent or Long-term Condition

Date the condition commenced: _1 year ago_

How is the employee's job performance impaired as a result of the medical condition?

_Decreased concentration_

2

Revision: May 2014

Confidential

**Time Warner Cable**

**Instructions**
Physician: Complete, sign and date certification form below. Return completed form to TWC Human Recourses as directed in cover letter.
HR: Scan competed documents and email to EmployeeServicesCenter@twcable.com.

**Please specify what accommodation(s), if any, would allow the employee to meet the essential functions of the job (See attached job description)**

*7 AM – 2:00 PM to avoid heavy traffic*

**Additional Comments:**

| Print Physician Name & Specialty | License No: |
|---|---|
| Dr. Steven Hart<br>15803 Windermere Dr. Ste 103<br>Pflugerville, Tx. 78660<br>PH (512) 989-2680<br>Fax (512) 990-4235 | K9078 |
| **Address:** | **Phone:** |
| **Signature:** | **Date:** |

3

Revision: May 2014

Confidential

> **Instructions**
> **Employee:** Complete, sign and date consent form below. Return completed form to HR. Provide copy of consent form to physician along with "Cover Letter" and "Physician Certification" forms.
> **HR:** Scan completed documents and email to *EmployeeServicesCenter@twcable.com*.



# ADA - Consent for Release of Medical Information

| Name: | Heather Trautman | Last 4 Digits of SS No: | |
|---|---|---|---|

I, *Heather Trautman*, voluntarily authorize Dr. *Hart* to review my medical records from other health care providers, to discuss my medical care, treatment, condition and any medications I am taking as they relate to my ability to perform the essential functions of my position with representatives of Time Warner Cable Inc., and to release medical records in his or her possession that relate to me to representatives of Time Warner Cable Inc. for the purpose of determining my ability to perform the essential functions of my position.

This authorization is effective for one year from the date below unless rescinded by me. A copy of this authorization is as good as the original.

**Genetic Information Nondiscrimination Act**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| Employee Signature: | *[signature]* | Date: | 12/12/14 |
|---|---|---|---|

Revision: May 2014

Confidential

**Instructions**
Employee: Complete the request form below. Sign, date and return completed form to human resources.
HR: Enter PSID on form. Scan completed documents and email to *EmployeeServicesCenter@twcable.com*



# ADA - Employee Accommodation Request Form

| PSID#: (HR Use Only) | 1177265 | EID#: | E180669 | Date: | 12/8/2014 |
|---|---|---|---|---|---|
| **Employee Name:** | Heather Trautman | **Supervisor:** | Adrienne Greth | | |
| **Line of Business:** | Commercial Services | | | | |

**Describe any limitations resulting from your condition that interfere with your ability to perform the essential functions of your job:**

*no limitations for the function of my job duties*

**Describe the accommodations you think would enable you to perform the essential functions of your job:**

*Working 7am-2pm in office to avoid Anxiety and panic attacks Work ~~[scribbled]~~ remaining hours from home.*

| **Print Employee Name:** | Heather Trautman | | |
|---|---|---|---|
| **Employee Signature:** | [signature] | **Date:** | 12/12/14 |

*Please provide any treating physician statements that will be useful in processing your accommodation request. Please return this completed form to Human Resources within two (2) weeks.*

1

Revision: May 2014