# EX. 11

Confidential

**Instructions**
HR: Complete form below. Provide a copy to employee. Scan competed documents and email to
*EmployeeServicesCenter@twcable.com*.



# Employer Response to Employee Accommodation Request

| **PSID#:** (HR Use Only) | 1177265 | **EID#:** | E180669 | **Date:** | 1/9/2015 |
|---|---|---|---|---|---|
| **Employee Name:** | Heather Trautman | **Supervisor:** | Adrienne Greth | | |
| **Line of Business:** | Business Services | | | | |

**Please check one:**

| | |
|---|---|
| | **Approved** – All or part of employee's accommodation(s) request is approved |
| | **No Medical** – The medical certification requested was not returned |
| | **Medical No Support** – The medical certification did not support a reasonable accommodation |
| X | **Request No Support** – The request and accommodation are not related to an essential function of the employee's job |
| | **Employee Refused Accommodation** – Employee refused offer of accommodation |
| | **Employer Cannot Reasonably Accommodate** – TWC cannot provide an accommodation that is reasonable without undue business hardship |
| | **Employee Did Not Respond** – Employee did not respond to contact requests. (Employee may reengage at any time) |

**Summary of issue that prompted interactive process with employee:**

Heather requested an accommodation through her manager/HR to allow her to either work from home or work from the office with a revised schedule due to an anxiety condition diagnosis that affects her commute to and from the office.

**Accommodations suggested or considered:**

Heather requested to be able to work in the office from 7 am – 2 pm and then finish the rest of her shift at home to avoid anxiety and panic attacks.

Her manager offered her an alternate schedule option of 7 am – 4 pm office hours based on business needs and position requirements.

**Summary of decision to provide or business reason to reject accommodation:**
**(If rejecting an accommodation, please contact the Law department)**

The request and accommodation are not related to an essential function of Heather's job, therefore, Heather's original schedule accommodation request of 7 am – 2 pm office hours and a one hour work from home schedule was denied. Heather's position requires her to work from the office during normal business hours and is not a work from home position. Heather was offered the alternative schedule accommodation described above as a courtesy.

| **Print HR Approval Name:** | Amy Vitela | | |
|---|---|---|---|
| **HR Approval Signature:** | *[signature]* | **Date:** | 1-9-2015 |

Revision: May 2014