# EX. 13



# Austin Regional Clinic

ARC-PFLUGERVILLE
ARC PFLUGERVILLE-FAMILY MEDICINE
15803 Windermere Dr
Ste 103
Pflugerville TX 78660-2482
512-989-2680

January 13, 2015

Heather Trautman
4321 Mather
Kyle TX 78640

To whom it may concern:

Ms. Trautman has a severe driving phobia that results in disabling anxiety and panic while driving. She is having medical treatment for this though presently is unable to drive without these symptoms. Please consider work at home if possible. She is functional otherwise and should have no other difficulty working.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Steven Hart, MD