IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| HEATHER TRAUTMAN, | § | |
|     PLAINTIFF, | § | |
| | § | CAUSE NO. A-16-CV-1049-LY |
| V. | § | |
| | § | |
| TIME WARNER CABLE TEXAS LLC, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, this court rendered an order dismissing Plaintiff's claims against Defendant with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant is awarded costs.

**IT IS FURTHER ORDERED** that the cause is hereby **CLOSED**.

SIGNED this ___19th___ day of December, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE